**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    John E. Deloach, Individually, John E. Deloach as General Partner of John E. Deloach Family Limited Partnership, and John E. Deloach Family Limited Partnership v. Stephen Stelly

Appellate case number:   01-19-00182-CV

Trial court case number:  CV29534

Trial court:         253rd District Court of Chambers County

The motion for en banc reconsideration is denied.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: ___December 15, 2020___